[No. 21080-1-II.    Division Two.    February 27, 1998.]

THE DEPARTMENT OF LABOR & INDUSTRIES, ET AL.,
*Appellants*, v. KEYSTONE CONTRACTING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-2-03947-1, Edwin L. Poyfair, J., entered July 31, 1996. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 21257-9-II.    Division Two.    February 27, 1998.]

CHARLES E. SMITH, ET AL., *Appellants*, v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 96-2-00330-1, William E. Howard, J., entered September 30, 1996. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 21285-4-II.    Division Two.    February 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-04490-7, D. Gary Steiner, J., entered September 30, 1996. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 21476-8-II.    Division Two.    February 27, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. DOROTHY A. MEERS, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 96-1-00361-4, David E. Foscue, J., entered November 27, 1996. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.